**No. 60234.**—Seaboard Import Co., Inc. *v.* United States, protest 289229–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid flowers similar in all material respects to those the subject of Abstract 59302, the claim of the plaintiff was sustained.